IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SMITH,

    Plaintiff,                  No. CIV S-09-1346 KJM P

    vs.

YOLO COUNTY POLICE DEPARTMENT,

    Defendant.               ORDER

/

        Plaintiff is a state prisoner proceeding pro se and has consented to the jurisdiction of the undersigned. By order filed October 9, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: January 15, 2010.

                                      U.S. MAGISTRATE JUDGE

smit1346.fta

1